In the Matter of BARBARA A. CLARK, Appellant, v VILLAGE OF CUBA et al., Respondents, et al., Defendants. [775 NYS2d 692]—Appeal from an order of the Supreme Court, Allegany County (James E. Euken, A.J.), entered April 23, 2003. The order denied plaintiff's amended application for leave to serve a late notice of claim against defendants Village of Cuba and Town of Cuba.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed without costs for reasons stated in decision at Supreme Court. Present— Hurlbutt, J.P., Scudder, Kehoe, Gorski and Hayes, JJ.

 In the Matter of JASON A. CARTWRIGHT, Respondent, v STATE OF NEW YORK, Appellant. [775 NYS2d 693]—Appeal from an order of the Court of Claims (Donald J. Corbett, Jr., J.), entered December 19, 2002. The order granted claimant's application for permission to file a late amended claim.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed with costs for reasons stated in decision at the Court of Claims. Present—Hurlbutt, J.P., Scudder, Kehoe, Gorski and Hayes, JJ.

 LORETTA C. BUCZEK, Appellant, v RALPH J. BUCZEK, Respondent. (Appeal No. 1.) [775 NYS2d 693]—Appeal from an order of the Supreme Court, Erie County (Frederick J. Marshall, J.), entered December 23, 2002. The order dismissed the complaint, upon a decision of the court, in a divorce action.

It is hereby ordered that said appeal be and the same hereby is unanimously dismissed without costs (see CPLR 5501 [a] [1]). Present—Hurlbutt, J.P., Scudder, Kehoe, Gorski and Hayes, JJ.